UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMSOM MICHAEL,<br><br>                    Petitioner,<br>    v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                    Respondent. | CASE NO. C20-0565JLR<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL |

This matter comes before the court on Petitioner Samsom Michael's motion for appointment of counsel. (Mot. (Dkt. # 15).) Respondent Nathalie Asher, U.S. Immigration and Customs Enforcement ("ICE") Field Office Director for the Seattle Field Office ("the Government") did not oppose the motion. (*See generally* Dkt.) The court has reviewed the motion, the relevant portions of the record, and the applicable law. Being fully advised, the court GRANTS Petitioner's motion. The court hereby appoints the office of the Federal Public Defender for the Western District of Washington, 1601

//

ORDER - 1

1 Fifth Avenue, Suite 700, Seattle, Washington, 98101 (206) 553-1100, as counsel for

2 Petitioner in this matter.

3     The court ORDERS counsel for the Federal Public Defender to file a notice of

4 appearance within five days of the filing date of this order. If counsel is unable to assume

5 this representation, a motion for relief from appointment should immediately be filed

6 with the court. Additionally, the court ORDERS the parties to meet and confer and file a

7 joint status report proposing a schedule for briefing on Petitioner's response, if any, to

8 Magistrate Judge Michelle L. Peterson's report and recommendation (R&R (Dkt. # 13))

9 or to the Government's objections thereto (Gov't Obj. (Dkt. # 14)) within five days of the

10 filing date of this order.

11     The court DIRECTS the Clerk to send a copy of this order to Mr. Michael, to

12 counsel for Mr. Michael, and to counsel for the Government.

13     Dated this 19th day of October, 2020.

                                                             JAMES L. ROBART
                                                              United States District Judge