UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMSOM MICHAEL,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

Case No. C20-565-JLR-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, ~~any~~ the objection~~s or responses~~ to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The Government's motion to dismiss (dkt. # 6) is GRANTED in part and DENIED in part.

(3)    Petitioner's habeas petition (dkt. # 1) is GRANTED in part and DENIED in part.

(4)    Petitioner's request for release is DENIED.

ORDER - 1

(5)     Petitioner's request for a bond hearing is GRANTED. Within 30 days of the date of this order, the Government shall provide Petitioner with a bond hearing pursuant to *Diouf v. Napolitano*, 634 F.3d 1081 (9th Cir. 2011).

(6)     The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 9th day of Nov., 2020.

James L. Robart
United States District Judge

ORDER - 2